**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-2209**

BEN POURBABAI,

　　　　　　　Plaintiff - Appellant,

　　　　v.

BRIAN F. KENNEY,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-01192-LMB-TCB)

Submitted:  February 20, 2020　　　　　　　　Decided:  February 24, 2020

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ben Pourbabai, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ben Pourbabai appeals the district court's orders dismissing his civil action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pourbabai v. Kenney*, No. 1:19-cv-1192-LMB-TCB (E.D. Va. Sept. 26, 2019; Oct. 18, 2019). In light of this disposition, we deny Pourbabai's motions for injunctive relief pending appeal, to clarify, and to file an addendum or attachment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*